# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3177EA

_____

Yliyah Ben Yisrayl,                          *
                                             *
        Appellant,                   *
                                             *
                                             *   On Appeal from the United States
    v.                               *   District Court for the
                                             *   Eastern District of Arkansas.
Larry Norris, Director, Arkansas             *
Department of Correction,                    *   [Not To Be Published]
                                             *
        Appellee.                    *

_____

Submitted: June 27, 2001
Filed: July 26, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
      Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Yliyah Yisrayl appeals the District Court's[1] dismissal of his 42 U.S.C. § 1983 complaint for failure to exhaust his administrative remedies as required under 42 U.S.C. § 1997e(a). We conclude that the District Court did not err. Although

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

Yisrayl submitted numerous grievances, he did not present proof that he fully exhausted any of his claims. See <u>Booth v. Churner</u>, 121 S. Ct. 1819, 1825 (2001) (§ 1997e mandates exhaustion regardless of relief offered through administrative procedures).

Accordingly, we affirm, but we modify the judgment of the District Court to reflect that Yisrayl's claims are dismissed without prejudice to his right to refile if and when he exhausts as to these specific claims. See 8th Cir. R. 47B.

We also deny Yisrayl's pending motion for a change of venue.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.